IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SCOTTSDALE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:11-cv-0668-MEF (WO – Do Not Publish) |
| ALABAMA MUNICIPAL INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

## **ORDER**

Pursuant to the Second Amended Scheduling Order issued in this case on November 26, 2012 (Doc. #29), it is hereby ORDERED that the parties' Joint Motion to Modify Amended Scheduling Order (Doc. #28) is GRANTED IN PART and DENIED IN PART.

The Motion is granted to the extent that it requests (1) that the Court extend the parties' deadlines for filing their dispositive motions and *Daubert* motions until March 29, 2013; and (2) that the Court extend the parties' deadline for conducting a face-to-face settlement conference until April 12, 2013.  The Motion is denied to the extent that it requests that these deadlines be extended without a continuance of the pretrial conference and trial dates in this case.  The amended pretrial conference and trial dates are set forth in the Second Amended Scheduling Order (Doc. #29).

DONE this the 4th day of December, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE