UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, ) ) Plaintiff, ) ) v. ) ) ALABAMA MUNICIPAL INSURANCE CORPORATION, ) ) Defendant. ) | Case No.: 2:11-CV-00668-MEF |

**SCOTTSDALE INSURANCE COMPANY'S**
**MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiff and Counter-Defendant Scottsdale Insurance Company ("Scottsdale") moves the Court to enter a final summary judgment in its favor declaring that Defendant and Counter-Plaintiff Alabama Municipal Insurance Corporation ("AMIC") is obligated to reimburse Scottsdale $900,000, plus attorney's fees and expenses, and dismissing AMIC's counterclaims for breach of contract and bad faith. As grounds for this motion, Scottsdale asserts that there are no genuine issues as to any material fact, and it is entitled to judgment as a matter of law.

In support of its motion, Scottsdale relies upon the following evidence:

1. Factual admissions contained in the Defendant's Answer.

2. Scottsdale Insurance Company Policy No. COS-002674-10, attached hereto as Exhibit A.

3. AMIC Insurance Policy No. 0093056247103, attached hereto as Exhibit B.

1

4. November 12, 2010 Order, *Connie Meadows, Plaintiff v. Town of Woodland, Alabama and Billie Vernon Edmondson, Defendants,* In the Superior Court of Troup County, Georgia, CV No. 10-CV-423, attached hereto as Exhibit C.

5. Excerpts from the Deposition of David Sikes, with certain exhibits thereto, attached hereto as Exhibit D.

6. Consent to Settle, attached hereto as Exhibit E.

7. Release agreements associated with the underlying litigation, attached hereto as Exhibit F.

8. The Affidavit of Timothy Sullivan, with exhibits, attached hereto as Exhibit G.

9. The Affidavit of Edward Roesch, with exhibits, attached hereto as Exhibit H.

10. The Affidavit of Edward Roesch, with exhibits, attached hereto as Exhibit I.

11. Excerpts from the Deposition of Stephen Wells, with certain exhibits thereto, attached hereto as Exhibit J.

12. Excerpts from the Deposition of Timothy Sullivan, attached hereto as Exhibit K.

13. Excerpts from the Deposition of Edward Roesch, attached hereto as Exhibit L.

14. Excerpts from the Deposition of Danny Ransom, with certain exhibits thereto, attached hereto as Exhibit M.

In addition to the foregoing evidence, Scottsdale is submitting a Brief in Support of its Motion for Summary Judgment.

Respectfully submitted this 29th day of March, 2013.

        s/ David W. McDowell
        DAVID W. McDOWELL (ASB-7713-L69D)
        STEPHEN K. PUDNER (ASB-4702-E57P)
        Attorneys for Scottsdale Insurance Company

OF COUNSEL:

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
Wells Fargo Tower, Suite 1600
420 Twentieth Street North
Birmingham, Alabama 35203
Telephone:    (205) 328-0480
Facsimile:    (205) 322-8007
dmcdowell@bakerdonelson.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 29th day of March, 2013, the foregoing has been served upon the following counsel of record by U.S. Mail or by electronic mail via the Court's electronic filing system which will send notification of such filing to the following:

Scott M. Speagle, Esq.
Webster, Henry, Lyons, White, Bradwell, & Black P.C.
105 Tallapoosa Street, Suite 101
Montgomery, Alabama 36104

                                          s/ David W. McDowell
                                          Of Counsel

B DWM 1106432 v1
2920847-000001  03/29/2013